IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**VLADIMIR LOPEZ**                                                              **PLAINTIFF**

v.                              **CASE NO. 4:10CV00401 BSM**

**EAST HARDING, INC. and TODD SHAW**                              **DEFENDANTS**

## ORDER OF DISMISSAL

The parties jointly move for dismissal with prejudice due to settlement. [Doc. No. 5].

The motion is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of July 2011.

_____
UNITED STATES DISTRICT JUDGE